1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN DUNNE Bar No. 040030 (kevin.dunne@sdma.com)
2  TERESA MCLOUGHLIN RICE Bar No. 157175 (teresa.rice@sdma.com)
   One Market Plaza, Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant
   HENRY KAUFMAN
6
   MICHELLE L. LANDRY Bar No. 190080 (mlandry@kanbar.com)
7  2100 Jackson Street
   San Francisco, CA 94115
8  Telephone: (415) 931-9292
   Facsimile: (415) 931-9911
9
   Attorney for Plaintiffs
10 MAURICE KANBAR and KANBAR SPIRITS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAURICE KANBAR, an individual, and KANBAR SPIRITS, INC., a Delaware corporation,, <br><br> Plaintiffs, <br><br> v. <br><br> HENRY KAUFMAN, an individual, and DOES 1- 25, <br><br> Defendants. | CASE NO. C07-2123 VRW <br><br> **STIPULATION TO CONTINUE DISCOVERY HEARING** <br><br> DATE: 02/07/08 <br> TIME: 2:00 p.m. <br> DEPT: COURTROOM 6, 17TH FLOOR <br> THE HON. VAUGHN R. WALKER |
|---|---|

The parties, by and through their respective counsel, hereby agree and stipulate to a

continuance of the discovery hearing from February 7, 2008 at 2:00 pm to February 14, 2008 at 2:30 p.m.

~~2:00 pm~~ in Courtroom 6.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: February 5, 2008 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | |
| 3 | | By  /s/ |
| 4 | | Teresa McLoughlin Rice |
| | | Attorneys for Defendant |
| 5 | | HENRY KAUFMAN |
| 6 | | |
| 7 | | |
| 8 | Dated: February 5, 2008 | By  /s/ |
| 9 | | Michelle L. Landry |
| | | Attorney for Plaintiffs |
| 10 | | MAURICE KANBAR and |
| | | KANBAR SPIRITS, INC. |

**IT IS SO ORDERED.**

Dated: Feb. 6, 2008

GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA