1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   KEVIN DUNNE Bar No. 040030 (kevin.dunne@sdma.com)
2  TERESA MCLOUGHLIN RICE Bar No. 157175 (teresa.rice@sdma.com)
   One Market Plaza, Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant
   HENRY KAUFMAN
6
   MICHELLE L. LANDRY Bar No. 190080 (mlandry@kanbar.com)
7  2100 Jackson Street
   San Francisco, CA 94115
8  Telephone: (415) 931-9292
   Facsimile: (415) 931-9911
9
   Attorney for Plaintiffs
10 MAURICE KANBAR and KANBAR SPIRITS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAURICE KANBAR, an individual, and KANBAR SPIRITS, INC., a Delaware corporation,, | CASE NO. C07-2123 VRW |
|---|---|
| Plaintiffs, | **STIPULATION TO TAKE DISCOVERY HEARING OFF CALENDAR** |
| v. | DATE: 02/14/08<br>TIME: 2:30 p.m.<br>DEPT: COURTROOM 6, 17TH FLOOR<br>THE HON. VAUGHN R. WALKER |
| HENRY KAUFMAN, an individual, and DOES 1-25, | |
| Defendants. | |

The parties, by and through their respective counsel, hereby agree and stipulate to take the discovery hearing, currently scheduled for February 14, 2008 at 2:30 pm off calendar. Defendant Henry Kaufman is withdrawing, without prejudice, the request for a briefing schedule and judicial resolution of the parties' discovery dispute.

//

//

SF/1487134v1

-1-
STIPULATION TO TAKE DISCOVERY HEARING OFF CALENDAR C 07 2123 VRW

Mr. Kaufman has consulted with bankruptcy counsel and retained same as of February 6, 2008.

Dated: February 13, 2008         SEDGWICK, DETERT, MORAN & ARNOLD LLP


By  /s/
Teresa McLoughlin Rice
Attorneys for Defendant
HENRY KAUFMAN


Dated: February 5, 2008          By  /s/
Michelle L. Landry
Attorney for Plaintiffs
MAURICE KANBAR and
KANBAR SPIRITS, INC.


**IT IS SO ORDERED.**

Dated: February 14, 2008

GRANTED

Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA