SEDGWICK, DETERT, MORAN & ARNOLD LLP
KEVIN J. DUNNE Bar No. 040030 (kevin.dunne@sdma.com)
TERESA MCLOUGHLIN RICE Bar No. 157175 (teresa.rice@sdma.com)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorney for Defendant
HENRY KAUFMAN

**E-Filing**

**FILED**

AUG 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE KANBAR, an individual, and KANBAR SPIRITS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HENRY KAUFMAN, an individual, and DOES 1- 25,<br><br>Defendants. | CASE NO. C07-2123 VRW<br><br>[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM FOR AUGUST 18, 2008 TRIAL<br><br>DATE: August 18, 2008<br>JUDGE: The Hon. Vaughn R. Walker<br>DEPT.: Courtroom 6, 17th Floor |

Throughout the upcoming trial, scheduled to begin on August 18, 2008, and proceeding until completion, defendant Henry Kaufman intends to utilize certain audiovisual equipment to present background information and argument regarding the issues to be decided by the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Henry Kaufman may bring the following equipment and other items into the courtroom:

    (a)    Elmo Visual presenter;

    (b)    Control and power devices relating to the above-equipment;

    (c)    Miscellaneous cables, power cords, and peripheral equipment;

    (d)    Laptop and/or desktop computers;

-1-

1     (e)  Movable cart/table.

2    2.  On the morning of August 18, 2008, defendant Henry Kaufman may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed at the scheduled time of 8:30 a.m. on August 18, 2008.

**ORDER**

**IT IS SO ORDERED.**

DATED: 8/15/08

_____
HON. VAUGHN R. WALKER
United States District Court Judge
Northern District of California