IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAURICE KANBAR and KANBAR SPIRITS, INC,

    Plaintiffs,

    v

HENRY KAUFMAN,

    Defendant.

    No C 07-2123 VRW

    ORDER

IT IS HEREBY ORDERED THAT, pursuant to Civ LR 7-8(d), defendant Henry Kaufman may bring a motion for sanctions in connection with plaintiff's motion to alter/amend judgment or alternatively for a new trial, Doc #96, which was filed and served more than fourteen days after entry of judgment.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge