KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Michelle L. Landry (SBN 190080)
E-mail: mlandry@kasowitz.com
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiffs
MAURICE KANBAR, an individual, and
KANBAR SPIRITS, INC., a Delaware corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MAURICE KANBAR, an individual, and KANBAR SPIRITS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HENRY KAUFMAN, an individual, and DOES 1-25,<br><br>Defendants. | Case No. C-07-2123VRW<br><br>**STIPULATION AND ORDER RE HEARING DATES**<br><br>Action Filed: March 15, 2007 |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. Plaintiffs' Motion To Amend/Alter Judgment (Docket No. 96), currently set for hearing on February 5, 2009 shall be continued to **February 19, 2009**;

2. Defendant's Motion For Sanctions (Docket No. 102), currently set for hearing on February 5, 2009 shall be continued to **February 19, 2009**;

3. Opposition Memoranda must be filed by January 29, 2009 and Reply Memoranda must be filed by February 5, 2009. (See, Local Rule 7-3.)

DATED: January 14, 2009

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /e/ Michelle L. Landry
Michelle L. Landry
Attorneys for Plaintiffs
MAURICE KANBAR, and
KANBAR SPIRITS, INC.

DATED: January 14, 2009

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /e/ Teresa McLoughlin Rice
Teresa McLoughlin Rice
Attorneys for Defendant
HENRY KAUFMAN

IT IS SO ORDERED.

DATED: January 14, 2009

GRANTED

THE HONORABLE VAUGHN R. WALKER
United States District Judge

1
Stipulation And Order Re Hearing Dates; Case No. C-07-2123VRW