IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE KANBAR and KANBAR SPIRITS, INC, <br><br>    Plaintiffs, <br><br>    v <br><br>HENRY KAUFMAN, <br><br>    Defendant. <br>_____/ | No   C   07-2123   VRW <br><br> ORDER |

    The court is in receipt of a letter from defendant Henry Kaufman outlining a dispute arising from a subpoena to Kaufman's former counsel.  The subpoena seeks documents apparently covered under the parties' protective order.

    The court has retained jurisdiction over disputes arising from the stipulated protective order, Doc #43 at ¶ 12. Accordingly, Kaufman is hereby GRANTED leave to file a motion to modify the parties' stipulated protective order.  The motion shall be filed not later than July 26, 2010.  Plaintiffs' opposition, if

1  any, shall be filed not later than August 2, 2010.  The matter will
2  then be deemed submitted.

4      **IT IS SO ORDERED.**



7      VAUGHN R WALKER
    United States District Chief Judge